# EXHIBIT 1

06/13/89                          INVOICE

BILLED TO:                          American Home Assurance Co.
ALEXANDER & ALEXANDER               The Insurance Co. of the State of
P. O. BOX 27128                     Commerce and Industry Insurance
HOUSTON                             National Union Fire Insurance, Co.
TX 77227                            Birmingham Fire Insurance Company

                    NOTICE OF PREMIUM DUE / BINDER BILL
               This premium is due and payable on the effective
               date of the program stipulated below. If payment
               is not received within 15 days of the effective
               date, the policy will be cancelled for non-payment.


CONTRACT #: 059705-00-U.S.A.

INSURED                      POLICY NUMBER                 EFFECTIVE DATE
-------                      -------------                 --------------
MOORCO INTERNATIONAL, INC.   VARIOUS                       05/31/89

                DESCRIPTION                    AMOUNT
                -----------                    ------
                PROMISSORY NOTE                530000
                FEES & EXCESS                  167258
                                                    0
                                                    0

                        PREMIUM DUE:           697258


RETURN REMITTANCE TO:
AIG Risk Management Inc.
100 William St. 17th floor
New York, N.Y.  10038
Att: Ed Van Cott

                                        WIRE INSTRUCTIONS
                                        Citibank
                                        399 Park Avenue
                                        New York, N.Y.
                                        Acct Name  AH/NU SPECIAL
                                        Acct # 40012428

LOC/SECURITY REQUIRED  530000
SUBCONTRACTOR'S CLIENT ACCOUNT #: 307044


CC:

```
********************************************************************
*                                                                  *
*                 UNIVERSAL BOOKING SHEET REPORT                   *
*                                                                  *
********************************************************************
```

CONTRACT NUMBER: 059705-02-U.S.A.

CONTRACT TERM FROM:  05/31/89  TO:  05/30/90

ACCOUNT NAME : MOORCO INTERNATIONAL, INC

DATE PRINTED : 12/21/89

*Booked 1/90*

12/21/89                          CONTRACT DATA REPORT

--------------------------------------------------------------------------

Contract **Number:** 059705-02-U.S.A.
Contract Term from:  05/31/89  to:  05/30/90

--------------------------------------------------------------------------

Account **Name** : MOORCO INTERNATIONAL, INC              Account No. : 0597
Account **Address** : 2700 POST OAK BLVD.
                    :
                    : HOUSTON
                    : TX      77056

Account **Contact** : MIKE GALLIEN
Telephone         : 713-993-0999


Broker **Name**   : ALEXANDER & ALEXANDER              Broker Code :  07295
Broker  **Address** : 5851 SAN FELIPE
                    : P.O. BOX 27128
                    : HOUSTON
                    : TX      77227-7128

Broker Contact   : BOB FOGTMAN
Telephone        : 713-972-8457


Serv. Ind. : Actuarial


Type of Buisiness Code : Industrial


Region Code :      Branch Code :     Division Code :   Dept. Code :   Company Cod
      3              05                  55                1              1
--------------------------------------------------------------------------


Preparer             : CAROLYN POOLE              Date : 07/24/89

Underwriter          : STACIE PRESCOTT            Date : 07/24/89

Account Executive    : PAM HUMPHREY               Date : 07/24/89

Regional Manager     : BILL HOUSE                 Date : 07/24/89

Financial            : JOE CAVOLO                 Date : 07/24/89

Legal                : MARTY BANKER               Date : 07/24/89

12/21/89                        **PROGRAM TYPE REPORT**

--------------------------------------------------------------------------------

Programs Selected for Contract Number: 059705-02-U.S.A.

                          **1. Note Program**

12/21/89                         NOTE PROGRAM REPORT

------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

    List Interest Rate: 2000

    Note Amount: 560000
    Cash Collateral/Security Required: 0
    Interest Rate  Payment Mode : Annual
    If Other:

    Fixed Note Terms:
            Amount              Mode              Amount              Mode
    Year1: 0                          Year4: 0
    Year2: 0                          Year5: 0
    Year3: 0

    Adjustable Swing Amount : 0

12/21/89                        GROSS PREMIUM REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

| Descriptions | Payment 1 | Payment 2 | Payment 3 |
|---|---|---|---|
| Payment Date | 05/31/89 | 08/31/89 | 12/01/89 |
| Gross Premium | 697,021 | 137,332 | 161,268 |
| Excess Premium | 86,500 | 86,500 | 110,436 |
| Net Sub. to Taxes | 610,521 | 50,832 | 50,832 |
| Agg. Stop Premium | | | |
| Commissions | | | |
|    Broker | | | |
|    Excess Broker | | | |
|    Aggregate Stop | | | |
| P & A Total % | | | |
| P & A Total | 23,567 | 23,566 | 23,566 |
| P & A Breakdown | | | |
|    AIG    P&A % | | | |
|    AIG    P&a | 15,554 | 15,554 | 15,554 |
|    AIGRM P&A % | | | |
|    AIGRM P&A | 8,013 | 8,012 | 8,012 |
| TBR Total % | | | |
| TBR Total | 24,877 | 24,876 | 24,876 |
| TBR Breakdown | | | |
|    State Taxes % | | | |
|    State Taxes | 16,419 | 16,416 | 16,416 |
|    Boards & Bureaus % | | | |
|    Boards & Bureaus | 4,229 | 4,230 | 4,230 |
|    Residual Market % | | | |
|    Residual Market | 4,229 | 4,230 | 4,230 |
| AIGRM Service fee | | | |
| Outside claims Exp. | 2,175 | 2,173 | 2,173 |
| AIGRM Supervision | 218 | 217 | 217 |
| AIAC Claims expense | | | |
| Total AIGRM | | | |
|   Service Fees | 2,393 | 2,390 | 2,390 |
| Loss prov./Remaining | | | |
|    Premium Base | | | |
| Claim escrow fund | 30,000 | | |
| Compensating bal. | | | |
| Cash deposit | | | |
| Demand note | 529,684 | | |
| Total Loss | | | |
|   provision/RPB | 559,684 | | |
| Total Expense Factor | 50,837 | 50,832 | 50,832 |
| Issued captive data | | | |
| Net ceded premium | | | |
| FET% | | | |
| FET(%) x Net | | | |
|   sub./taxes | | | |
| Ceded Premium | | | |
| Engineering service | | | |
| Acturial service | | | |
| Other services | | | |

Handwritten annotations:

Amt. Due    167,337.00    137,332.00    161,268
Ck.#    39981    40260    43042
Pd    <167,337.00>    <137,407.00>    (137,407.50
Dff.    0    75.50    (23,860.50

| Descriptions | Payment 4 | Totals |
|---|---|---|
| Payment Date | 03/01/90 | |
| Gross Premium | 137,332 | 1,132,953 |
| Excess Premium | 86,500 | 369,936 |
| Net Sub. to Taxes | 50,832 | 763,017 |
| Agg. Stop Premium | | |
| Commissions | | |
|    Broker | | |
|    Excess Broker | | |
|    Aggregate Stop | | |
| P & A Total % | | |
| P & A Total | 23,566 | 94,265 |
| P & A Breakdown | | |
|    AIG   P&A % | | |
|    AIG   P&a | 15,554 | 62,216 |
|    AIGRM P&A % | | |
|    AIGRM P&A | 8,012 | 32,049 |
| TBR Total % | | |
| TBR Total | 24,876 | 99,505 |
| TBR Breakdown | | |
|   State Taxes % | | |
|   State Taxes | 16,416 | 65,667 |
|   Boards & Bureaus % | | |
|   Boards & Bureaus | 4,230 | 16,919 |
|   Residual Market % | | |
|   Residual Market | 4,230 | 16,919 |
| AIGRM Service fee | | |
| Outside claims Exp. | 2,173 | 8,694 |
| AIGRM Supervision | 217 | 869 |
| AIAC Claims expense | | |
| Total AIGRM | | |
|  Service Fees | 2,390 | 9,563 |
| Loss prov./Remaining | | |
|    Premium Base | | |
| Claim escrow fund | | 30,000 |
| Compensating bal. | | |
| Cash deposit | | |
| Demand note | | 529,684 |
| Total Loss | | |
|  provision/RPB | | 559,684 |
| Total Expense Factor | 50,832 | 203,333 |
| Issued captive data | | |
| Net ceded premium | | |
| FET% | | |
| FET(%) x Net | | |
|    sub./taxes | | |
| Ceded Premium | | |
| Engineering service | | |
| Acturial service | | |
| Other services | | |

Handwritten notations:

AMT. DUE  137,332

CR.#  45297

A/I  137407.50

DR.  $75.50

603,201

12/21/89                              COMMENT REPORT

--------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

    Adjustment #1 - Original Booking
    Loss Control/Engineering = 2% of TX WC Premium= $856.80
    No LOC required for this contract period.
    Adjustment #2 - Adding Specific Excess WC Policy - Oklahoma (Only)
                    Premium=$23,936- Policy #RMWC1177472 -12/1/89 pymt

12/21/89                    POLICY PREMIUM REPORT

---------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.              Policy Premium: 5400

        Policy Number BA 1459479
        Insured: MOORCO INTERNATIONAL INC            Carrier: NU

        Policy From: 05/31/89        to: 05/31/90

    Date issued :              /      Sent to Broker :

        Audit Data:

        Auditable Frequency: A
        Audit Date: 05/31/90                   Auditable Exposure:
        Audit Contact: Broker
        Contact Name: BOB FOGTMAN
        Contact Telephone: 713-972-8457

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|
| 006 | 250000 | 2000000 | N | 0 | 5400 |
|  | 500 | 0 | N | 0 |  |

12/21/89                STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT
--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: BA 1459479

PREMIUM AMOUNT REPORT:

| State | : | Amount | State | : | Amount |
|---|---|---|---|---|---|
| Alabama | : | | Montana | : | |
| Alaska | : | | Nebraska | : | |
| Arizona | : | | Nevada | : | |
| Arkansas | : | | New Hampshire | : | |
| California | : | | New Jersey | : | 200 |
| Colorado | : | | New Mexico | : | |
| Connecticut | : | | North Carolina | : | |
| Delaware | : | | North Dekota | : | |
| District of Columbia | : | | Ohio | : | |
| Florida | : | | Oklahoma | : | |
| Georgia | : | | Pennsylvania | : | |
| Hawaii | : | | Rhode Island | : | |
| Idaho | : | | South Carolina | : | |
| Indiana | : | | South Dekota | : | |
| Iowa | : | | Tennessee | : | |
| Kansas | : | | Texas | : | |
| Kentucky | : | | Utah | : | |
| Louisiana | : | | Vermont | : | |
| Maine | : | | Virginia | : | |
| Maryland | : | | Washington | : | |
| Massachusetts | : | 3,000 | West Virginia | : | |
| Michigan | : | | Wisconsin | : | |
| Minnesota | : | | Wyoming | : | |
| Mississippi | : | | Oregon | : | |
| Missouri | : | | | | |

| | : | Amount |
|---|---|---|
| New York (Except New York City) | : | |
| New York City | : | 2,200 |
| Chicago, Il | : | |
| Illinois (except Cook and Chicago) | : | |
| Cook County | : | |

```
12/21/89                          PUC Code Report
-------------------------------------------------------------------------------
Contract Number: 059705-02-U.S.A.

Policy Number: BA 1459479

PUC      PREMIUMS            DESCRIPTION                        COMMISSION
---      --------            -----------                        ----------
053           0     Buffer Layer                                    0
074           0     Excess - First Layer                            0
088        3900     Excess - All Other                              0
213           0     Excess - Claims Made                            0
229           0     Association Excess - Claims Made                0
811           0     Aggregate Stop                                  0
089         762     Front Portion (SIR) - Note Programs             0
218           0     Front Portion - Claims Made                     0
104         738     Fees - Note Programs                            0
263           0     Captives - Individual (Non-Association)         0
582           0     Captives - Association only                     0
226           0     Captives - Claims Made                          0
228           0     Association Captives - Claims Made              0
654           0     Association - Treaty                            0
269           0     Umbrella Front                                  0
286           0     D & O Front                                     0


TOTAL PREMIUM AMOUNT:   5400
```

12/21/89                    POLICY PREMIUM REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.                  Policy Premium: 37105

     Policy Number CA 1459478
     Insured: MOORCO INTERNATIONAL INC                  Carrier: NU

     Policy From: 05/31/89        to: 05/31/90

   Date issued :              /       Sent to Broker :

     Audit Data:

     Auditable Frequency: A
     Audit Date: 05/31/90                      Auditable Exposure:
     Audit Contact: Broker
     Contact Name: BOB FOGTMAN
     Contact Telephone: 713-972-8457

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | Aggregate Deduct lim | Amount |
|---------------|-------------------|------------------|--------------|----------------------|--------|
| 006           | 250000            | 2000000          | N            | 0                    | 37105  |
|               | 12567             | 433              | N            | 0                    |        |

```
12/21/89              STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT
```

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: CA 1459478

PREMIUM AMOUNT REPORT:

| State | | Amount | | State | | Amount |
|---|---|---|---|---|---|---|
| Alabama | : | | | Montana | : | |
| Alaska | : | | | Nebraska | : | |
| Arizona | : | | | Nevada | : | |
| Arkansas | : | | | New Hampshire | : | |
| California | : | 10,000 ✓ | | New Jersey | : | |
| Colorado | : | | | New Mexico | : | |
| Connecticut | : | | | North Carolina | : | |
| Delaware | : | | | North Dekota | : | |
| District of Columbia | : | | | Ohio | : | |
| Florida | : | | | Oklahoma | : | |
| Georgia | : | 7,105 | | Pennsylvania | : | 5,000 |
| Hawaii | : | | | Rhode Island | : | |
| Idaho | : | | | South Carolina | : | |
| Indiana | : | | | South Dekota | : | |
| Iowa | : | | | Tennessee | : | |
| Kansas | : | | | Texas | : | |
| Kentucky | : | | | Utah | : | |
| Louisiana | : | 15,000 | | Vermont | : | |
| Maine | : | | | Virginia | : | |
| Maryland | : | | | Washington | : | |
| Massachusetts | : | | | West Virginia | : | |
| Michigan | : | | | Wisconsin | : | |
| Minnesota | : | | | Wyoming | : | |
| Mississippi | : | | | Oregon | : | |
| Missouri | : | | | | | |

```
New York (Except New York City)    :
New York City                      :
Chicago, Il                        :
Illinois (except Cook and Chicago) :
Cook County                        :
```

12/21/89                         PUC Code Report

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: CA 1459478

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 12567 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 16671 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 7867 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:   37105
                          ✓

12/21/89                        POLICY PREMIUM REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.                 Policy Premium: 17197

        Policy Number CATX 1459477
        Insured: MOORCO INTERNATIONAL INC              Carrier: NU

        Policy From: 05/31/89        to: 05/31/90

    Date issued :                  ./     Sent to Broker :

        Audit Data:

        Auditable Frequency: A
        Audit Date: 05/31/90                       Auditable Exposure:
        Audit Contact: Broker
        Contact Name: BOB FOGTMAN
        Contact Telephone: 713-972-8457

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|
| 006 | 250000 | 2000000 | N | 0 | 17197 |
|  | 3000 | 433 | N | 0 |  |

12/21/89            STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: CATX 1459477

PREMIUM AMOUNT REPORT:

| | | | |
|---|---|---|---|
| Alabama | : | Montana | : |
| Alaska | : | Nebraska | : |
| Arizona | : | Nevada | : |
| Arkansas | : | New Hampshire | : |
| California | : | New Jersey | : |
| Colorado | : | New Mexico | : |
| Connecticut | : | North Carolina | : |
| Delaware | : | North Dekota | : |
| District of Columbia | : | Ohio | : |
| Florida | : | Oklahoma | : |
| Georgia | : | Pennsylvania | : |
| Hawaii | : | Rhode Island | : |
| Idaho | : | South Carolina | : |
| Indiana | : | South Dekota | : |
| Iowa | : | Tennessee | : |
| Kansas | : | Texas | : 17,197 |
| Kentucky | : | Utah | : |
| Louisiana | : | Vermont | : |
| Maine | : | Virginia | : |
| Maryland | : | Washington | : |
| Massachusetts | : | West Virginia | : |
| Michigan | : | Wisconsin | : |
| Minnesota | : | Wyoming | : |
| Mississippi | : | Oregon | : |
| Missouri | : | | |

| | |
|---|---|
| New York (Except New York City) | : |
| New York City | : |
| Chicago, Il | : |
| Illinois (except Cook and Chicago) | : |
| Cook County | : |

12/21/89                          PUC Code Report

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: CATX 1459477

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 9533 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 5911 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 1753 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:  17197

                         ✓

```
12/21/89                      POLICY PREMIUM REPORT
```

-------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.                Policy Premium: 4791

     Policy Number GL 4596766
     Insured: MOORCO INTERNATIONAL INC                Carrier: NU

     Policy From: 05/31/89        to: 05/31/90

  Date issued :                    /      Sent to Broker :

    Audit Data:

    Auditable Frequency: A
    Audit Date: 05/31/90                      Auditable Exposure:    1229
    Audit Contact: Broker
    Contact Name: BOB FOGTMAN
    Contact Telephone: 713-972-8457

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|---|
| 012 | 250000 | 2000000 | | N | 0 | 4791 |
| | 1000 | 2 | N | | 0 | |
| 372 | 250000 | 2000000 | | N | 2000000 | 0 |
| | 0 | 2 | N | | 0 | |

12/21/89                STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: GL 4596766

PREMIUM AMOUNT REPORT:


| | | | |
|---|---|---|---|
| Alabama | : | Montana | : |
| Alaska | : | Nebraska | : |
| Arizona | : | Nevada | : |
| Arkansas | : | New Hampshire | : |
| California | : | New Jersey | : |
| Colorado | : | New Mexico | : |
| Connecticut | : | North Carolina | : |
| Delaware | : | North Dekota | : |
| District of Columbia | : | Ohio | : |
| Florida | : | Oklahoma | : |
| Georgia | : | Pennsylvania | : |
| Hawaii | : | Rhode Island | : |
| Idaho | : | South Carolina | : |
| Indiana | : | South Dekota | : |
| Iowa | : | Tennessee | : |
| Kansas | : | Texas | :    4,791 |
| Kentucky | : | Utah | : |
| Louisiana | : | Vermont | : |
| Maine | : | Virginia | : |
| Maryland | : | Washington | : |
| Massachusetts | : | West Virginia | : |
| Michigan | : | Wisconsin | : |
| Minnesota | : | Wyoming | : |
| Mississippi | : | Oregon | : |
| Missouri | : | | |


New York (Except New York City)      :
New York City                        :
Chicago, Il                          :
Illinois (except Cook and Chicago)   :
Cook County                          :

12/21/89                          PUC Code Report

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: GL 4596766

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 1000 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 3154 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 637 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:  4791

12/21/89                    POLICY PREMIUM REPORT

------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.                Policy Premium: 218271

    Policy Number GL 4596767
    Insured: MOORCO INTERNATIONAL INC              Carrier: NU

    Policy From: 05/31/89        to: 05/31/90

  Date issued :                    Sent to Broker :

    Audit Data:

    Auditable Frequency: A
    Audit Date: 05/31/90
    Audit Contact: Broker                  Auditable Exposure:   6391
    Contact Name: BOB FOGTMAN
    Contact Telephone: 713-972-8457

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|---|
| 012 | 250000 | 2000000 | | N | 0 | 218271 |
| | 104000 | 63910080 | N | | 0 | |
| 372 | 250000 | 2000000 | | N | 2000000 | 0 |
| | 0 | 0 | N | | 0 | |

12/21/89                STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: GL 4596767

PREMIUM AMOUNT REPORT:

| | | | | | |
|---|---|---|---|---|---|
| Alabama | : | | Montana | : | |
| Alaska | : | | Nebraska | : | |
| Arizona | : | | Nevada | : | |
| Arkansas | : | | New Hampshire | : | |
| California | : | 66,271 | New Jersey | : | |
| Colorado | : | 18,000 | New Mexico | : | |
| Connecticut | : | | North Carolina | : | |
| Delaware | : | | North Dekota | : | |
| District of Columbia | : | | Ohio | : | |
| Florida | : | | Oklahoma | : | |
| Georgia | : | 24,000 | Pennsylvania | : | 50,000 |
| Hawaii | : | | Rhode Island | : | |
| Idaho | : | | South Carolina | : | |
| Indiana | : | | South Dekota | : | |
| Iowa | : | | Tennessee | : | |
| Kansas | : | | Texas | : | |
| Kentucky | : | | Utah | : | |
| Louisiana | : | 60,000 | Vermont | : | |
| Maine | : | | Virginia | : | |
| Maryland | : | | Washington | : | |
| Massachusetts | : | | West Virginia | : | |
| Michigan | : | | Wisconsin | : | |
| Minnesota | : | | Wyoming | : | |
| Mississippi | : | | Oregon | : | |
| Missouri | : | | | | |

| | |
|---|---|
| New York (Except New York City) | : |
| New York City | : |
| Chicago, Il | : |
| Illinois (except Cook and Chicago) | : |
| Cook County | : |

12/21/89                          PUC Code Report

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: GL 4596767

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 104000 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 88273 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 25998 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:   218271

12/21/89                          POLICY PREMIUM REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.                    Policy Premium: 290956

        Policy Number GLA 4596768
        Insured: MOORCO INTERNATIONAL INC              Carrier: NU

        Policy From: 05/31/89        to: 05/31/90

    Date issued :                /      Sent to Broker :

        Audit Data:

        Auditable Frequency: A
        Audit Date: 05/31/90                      Auditable Exposure:   4670
        Audit Contact: Broker
        Contact Name: BOB FOGTMAN
        Contact Telephone: 713-972-8457

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | Aggregate Deduct lim | Amount |
|---------|---------|---------|---|---------|---------|
| 012 | 250000 | 2000000 |   N | 0 | 290956 |
|  | 200000 | 0 | N | 0 |  |
| 372 | 250000 | 2000000 |   N | 2000000 | 0 |
|  | 0 | 0 | N | 0 |  |

12/21/89            STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: GLA 4596768

PREMIUM AMOUNT REPORT:

| | | | | | |
|---|---|---|---|---|---|
| Alabama | : | | Montana | : | |
| Alaska | : | | Nebraska | : | |
| Arizona | : | | Nevada | : | |
| Arkansas | : | | New Hampshire | : | |
| California | : | | New Jersey | : | 50,000 |
| Colorado | : | | New Mexico | : | |
| Connecticut | : | | North Carolina | : | |
| Delaware | : | | North Dekota | : | |
| District of Columbia | : | | Ohio | : | |
| Florida | : | | Oklahoma | : | |
| Georgia | : | | Pennsylvania | : | |
| Hawaii | : | | Rhode Island | : | |
| Idaho | : | | South Carolina | : | |
| Indiana | : | | South Dekota | : | |
| Iowa | : | | Tennessee | : | |
| Kansas | : | | Texas | : | |
| Kentucky | : | | Utah | : | |
| Louisiana | : | | Vermont | : | |
| Maine | : | | Virginia | : | |
| Maryland | : | | Washington | : | |
| Massachusetts | : | 155,956 | West Virginia | : | |
| Michigan | : | | Wisconsin | : | |
| Minnesota | : | | Wyoming | : | |
| Mississippi | : | | Oregon | : | |
| Missouri | : | | | | |

| | | |
|---|---|---|
| New York (Except New York City) | : | |
| New York City | : | 85,000 |
| Chicago, Il | : | |
| Illinois (except Cook and Chicago) | : | |
| Cook County | : | |

12/21/89                          PUC Code Report

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: GLA 4596768

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 200000 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 53861 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 37095 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:   290956

12/21/89                    POLICY PREMIUM REPORT

---------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.              Policy Premium: 1773

     Policy Number WC 1127399
     Insured: MOORCO INTERNATIONAL INC              Carrier: NU

     Policy From: 05/31/89       to: 05/31/90

   Date issued :           06/2    Sent to Broker :

   · Audit Data:

     Auditable Frequency: A
     Audit Date: 05/31/90                     Auditable Exposure:    10
     Audit Contact: Broker
     Contact Name: BOB FOGTMAN
     Contact Telephone: 713-972-8457

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | | Aggregate Deduct lim | Amount |
|------|---------|----------|-----|---|-------|------|
| 014 | 250000 | 0 | | Y | 0 | 1773 |
|     | 100    | 0 | N |   | 0 |      |
| 114 | 250000 | 1000000 |   | N | 0 | 0 |
|     | 0      | 0       | N |   | 0 |   |
| 212 | 250000 | 1000000 |   | N | 0 | 0 |
|     | 0      | 0       | N |   | 0 |   |
| 214 | 250000 | 0 |   | Y | 0 | 0 |
|     | 0      | 0 | N |   | 0 |   |

12/21/89                STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: WC 1127399

PREMIUM AMOUNT REPORT:


| Alabama              | : |       | Montana         | : |
| Alaska               | : |       | Nebraska        | : |
| Arizona              | : |       | Nevada          | : |
| Arkansas             | : |       | New Hampshire   | : |
| California           | : | 1,773 | New Jersey      | : |
| Colorado             | : |       | New Mexico      | : |
| Connecticut          | : |       | North Carolina  | : |
| Delaware             | : |       | North Dekota    | : |
| District of Columbia | : |       | Ohio            | : |
| Florida              | : |       | Oklahoma        | : |
| Georgia              | : |       | Pennsylvania    | : |
| Hawaii               | : |       | Rhode Island    | : |
| Idaho                | : |       | South Carolina  | : |
| Indiana              | : |       | South Dekota    | : |
| Iowa                 | : |       | Tennessee       | : |
| Kansas               | : |       | Texas           | : |
| Kentucky             | : |       | Utah            | : |
| Louisiana            | : |       | Vermont         | : |
| Maine                | : |       | Virginia        | : |
| Maryland             | : |       | Washington      | : |
| Massachusetts        | : |       | West Virginia   | : |
| Michigan             | : |       | Wisconsin       | : |
| Minnesota            | : |       | Wyoming         | : |
| Mississippi          | : |       | Oregon          | : |
| Missouri             | : |       |                 |   |


New York (Except New York City)     :
New York City                       :
Chicago, Il                         :
Illinois (except Cook and Chicago)  :
Cook County                         :

12/21/89                          PUC Code Report

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: WC 1127399

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 100 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 258 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 1415 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:  1773

12/21/89                    POLICY PREMIUM REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.              Policy Premium: 533524

    Policy Number WC 1127723
    Insured: MOORCO INTERNATIONAL INC.              Carrier: NU

    Policy From: 05/31/89        to: 05/31/90

  Date issued :          06/2    Sent to Broker :

    Audit Data:

    Auditable Frequency: A
    Audit Date: 05/31/90                     Auditable Exposure:   3572
    Audit Contact: Broker
    Contact Name: BOB FOGTMAN
    Contact Telephone: 713-972-8457

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|---|
| 014 | 250000 | 0 | | Y | 0 | 533524 |
|     | 14900  | 0 | N | | 0 | |
| 114 | 250000 | 1000000 | | N | 0 | 0 |
|     | 0      | 0       | N | | 0 | |
| 212 | 250000 | 1000000 | | N | 0 | 0 |
|     | 0      | 0       | N | | 0 | |
| 214 | 250000 | 0 | | Y | 0 | 0 |
|     | 0      | 0 | N | | 0 | |

```
12/21/89              STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT
```
--------------------------------------------------------------------------------
```
Contract Number: 059705-02-U.S.A.

Policy Number: WC 1127723

PREMIUM AMOUNT REPORT:


Alabama                :                    Montana            :
Alaska                 :                    Nebraska           :
Arizona                :                    Nevada             :
Arkansas               :                    New Hampshire      :
California             :                    New Jersey         :              740
Colorado               :                    New Mexico         :
Connecticut            :                    North Carolina     :
Delaware               :                    North Dekota       :
District of Columbia   :                    Ohio               :
Florida                :                    Oklahoma           :
Georgia                :           853      Pennsylvania       :          219,782
Hawaii                 :                    Rhode Island       :
Idaho                  :                    South Carolina     :
Indiana                :                    South Dekota       :
Iowa                   :                    Tennessee          :
Kansas                 :                    Texas              :           42,840
Kentucky               :                    Utah               :
Louisiana              :         2,160      Vermont            :
Maine                  :                    Virginia           :
Maryland               :                    Washington         :
Massachusetts          :       266,341      West Virginia      :
Michigan               :                    Wisconsin          :
Minnesota              :                    Wyoming            :
Mississippi            :                    Oregon             :
Missouri               :


New York (Except New York City)   :
New York City                     :                 808
Chicago, Il                       :
Illinois (except Cook and Chicago) :
Cook County                       :
```

12/21/89                          PUC Code Report

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: WC 1127723

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 14900 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 390794 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 127830 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:  533524

12/21/89                          POLICY PREMIUM REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.                Policy Premium: 23936

      Policy Number WC 1177472
      Insured: MOORCO INTERNATIONAL INC.              Carrier: NU

      Policy From: 10/01/89       to: 10/01/90

    Date issued :                    Sent to Broker :

      Audit Data:

      Auditable Frequency: A
      Audit Date: 10/01/90                       Auditable Exposure:    435
      Audit Contact: Broker
      Contact Name: BOB FOGTMAN
      Contact Telephone: 713-972-8457

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|---|
| 014 | 175000 | 0 | | Y | 0 | 23936 |
| | 23936 | 0 | N | | 0 | |
| 212 | 175000 | 100000 | | N | 0 | 0 |
| | 0 | 0 | N | | 0 | |

12/21/89                 STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: WC 1177472

PREMIUM AMOUNT REPORT:


| | | |
|---|---|---|
| Alabama | : | |
| Alaska | : | |
| Arizona | : | |
| Arkansas | : | |
| California | : | |
| Colorado | : | |
| Connecticut | : | |
| Delaware | : | |
| District of Columbia | : | |
| Florida | : | |
| Georgia | : | |
| Hawaii | : | |
| Idaho | : | |
| Indiana | : | |
| Iowa | : | |
| Kansas | : | |
| Kentucky | : | |
| Louisiana | : | |
| Maine | : | |
| Maryland | : | |
| Massachusetts | : | |
| Michigan | : | |
| Minnesota | : | |
| Mississippi | : | |
| Missouri | : | |

| | | |
|---|---|---|
| Montana | : | |
| Nebraska | : | |
| Nevada | : | |
| New Hampshire | : | |
| New Jersey | : | |
| New Mexico | : | |
| North Carolina | : | |
| North Dekota | : | |
| Ohio | : | |
| Oklahoma | : | 23,936 |
| Pennsylvania | : | |
| Rhode Island | : | |
| South Carolina | : | |
| South Dekota | : | |
| Tennessee | : | |
| Texas | : | |
| Utah | : | |
| Vermont | : | |
| Virginia | : | |
| Washington | : | |
| West Virginia | : | |
| Wisconsin | : | |
| Wyoming | : | |
| Oregon | : | |


| | |
|---|---|
| New York (Except New York City) | : |
| New York City | : |
| Chicago, Il | : |
| Illinois (except Cook and Chicago) | : |
| Cook County | : |

12/21/89                          PUC Code Report

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.

Policy Number: WC 1177472

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 23936 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 0 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 0 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:   23936

12/21/89                           REINSURANCE REPORT

--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.               Policy Premium: 5400
       Policy Number BA 1459479

Limits: 2000000                    In Excess of: 250000
Layer Premium Amount : 3900
       ------------------------------------------------------------------------
       Reinsurer                Broker/Direct              Percent       Ce
Number      Name            Number      Name               of Part       Nu
       ------------------------------------------------------------------------

165      NUFI                      D                        1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000


--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.               Policy Premium: 37105
       Policy Number CA 1459478

Limits: 2000000                    In Excess of: 250000
Layer Premium Amount : 12567
       ------------------------------------------------------------------------
       Reinsurer                Broker/Direct              Percent       Ce
Number      Name            Number      Name               of Part       Nu
       ------------------------------------------------------------------------

165      NUFI                      D                        1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000


--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.               Policy Premium: 17197
       Policy Number CATX 1459477

Limits: 2000000                    In Excess of: 250000
Layer Premium Amount : 9533
       ------------------------------------------------------------------------
       Reinsurer                Broker/Direct              Percent       Ce
Number      Name            Number      Name               of Part       Nu
       ------------------------------------------------------------------------

165      NUFI                      D                        1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000


--------------------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.               Policy Premium: 4791
       Policy Number GL 4596766

```
Limits: 2000000                    In Excess of: 250000
Layer Premium Amount : 1000
```

| Reinsurer | | Broker/Direct | | Percent | Ce |
|---|---|---|---|---|---|
| Number | Name | Number | Name | of Part | Nu |

```
165      NUFI                      D               1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000
```

---

```
Contract Number: 059705-02-U.S.A.          Policy Premium: 218271
     Policy Number GL 4596767

Limits: 2000000                    In Excess of: 250000
Layer Premium Amount : 104000
```

| Reinsurer | | Broker/Direct | | Percent | Ce |
|---|---|---|---|---|---|
| Number | Name | Number | Name | of Part | Nu |

```
165      NUFI                      D               1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000
```

---

```
Contract Number: 059705-02-U.S.A.          Policy Premium: 290956
     Policy Number GLA 4596768

Limits: 2000000                    In Excess of: 250000
Layer Premium Amount : 200000
```

| Reinsurer | | Broker/Direct | | Percent | Ce |
|---|---|---|---|---|---|
| Number | Name | Number | Name | of Part | Nu |

```
165      nufi                      D               1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000
```

---

```
Contract Number: 059705-02-U.S.A.          Policy Premium: 1773
     Policy Number WC 1127399

Limits: 9999999                    In Excess of: 250000
Layer Premium Amount : 100
```

| Reinsurer | | Broker/Direct | | Percent | Ce |
|---|---|---|---|---|---|
| Number | Name | Number | Name | of Part | Nu |

```
165      nufi                      D               1.00000
Commission Rate:  0.00000
```

```
Ceded Premium :  0.00000

-----------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.                Policy Premium: 533524
      Policy Number WC 1127723

Limits: 99999999                    In Excess of: 250000
Layer Premium Amount : 14900
      -----------------------------------------------------------------
        Reinsurer                   Broker/Direct              Percent        Ce
Number     Name                    Number    Name              of Part        Nu
      -----------------------------------------------------------------

165       nufi                          D                      1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000

-----------------------------------------------------------------------

Contract Number: 059705-02-U.S.A.                Policy Premium: 23936
      Policy Number WC 1177472

Limits: 100000                      In Excess of: 175000
Layer Premium Amount : 23936
      -----------------------------------------------------------------
        Reinsurer                   Broker/Direct              Percent        Ce
Number     Name                    Number    Name              of Part        Nu
      -----------------------------------------------------------------

165       NUFI                          D                      1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000
```