# EXHIBIT 2

```
**************************************************************************
*                                                                        *
*                    UNIVERSAL BOOKING SHEET REPORT                      *
*                                                                        *
**************************************************************************
```

CONTRACT NUMBER: 059704-03-U.S.A.

CONTRACT TERM FROM:  05/31/88  TO:  05/30/89

ACCOUNT NAME : Moorco International, Inc.

DATE PRINTED : 09/14/89

09/14/89                          CONTRACT DATA REPORT

--------------------------------------------------------------------------------
Contract Number: 059704-03-U.S.A.
Contract Term from:  05/31/88  to:  05/30/89

--------------------------------------------------------------------------------

Account Name : Moorco International, Inc.            Account No. : 0597
Account Address : 2700 Post Oak Blvd., Ste. 2400
                :
                : Houston
                : TX       77056

Account Contact : John Burdick
Telephone       : 713-993-0999

Broker Name  : Alexander & Alexander of TX           Broker Code : 07295
Broker  Address : P.O. Box 27128
                :
                : Houston
                : TX       77227

Broker Contact  : Bob Fogtman
Telephone       : 713-972-8457

Serv. Ind. : Actuarial

Type of Buisiness Code : Industrial

| Region Code : | Branch Code : | Division Code : | Dept. Code : | Company Cod |
|---------------|---------------|-----------------|--------------|-------------|
| 3             | 05            | 55              | 1            | 1           |

Preparer              : Carolyn Poole            Date : 09/11/89

Underwriter           : STEPHANIE HUEY           Date : 09/11/89

Account Executive     : STEPHANIE HUEY           Date : 09/11/89

Regional Manager      : Bill House               Date : 06/21/88

Financial             : Joe Cavolo               Date : 06/21/88

Legal                 : Marty Banker             Date : 06/21/88

09/14/89                          PROGRAM TYPE REPORT

-----------------------------------------------------------------------

Programs Selected for Contract Number: 059704-03-U.S.A.

                        1. Other - Excess

```
09/14/89                          FINANCIAL SECURITY
--------------------------------------------------------------------------
Contract Number: 059704-03-U.S.A.

Note Program

Security Data:

Type: LOC              Description:                Amount: 455414

Expiration Date:       Review Date:

Current contract Year Security: 0

Comments:
         :
         :

Bank Information:
Bank Account Name :                         Accoun#:

Bank Account Name:
     Address:
            :
       City:                    St:              Zip:

Contact:
Telephone:
```

09/14/89                          GROSS PREMIUM REPORT

---------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

| Descriptions | Payment 1 | Payment 2 | Payment 3 |
|---|---|---|---|
| Payment Date | 05/31/88 | 09/01/88 | 12/01/88 |
| Gross Premium | 716,400 | 91,399 | 91,399 |
| Excess Premium | 178,750 | 53,750 | 53,750 |
| Net Sub. to Taxes | 537,650 | 37,649 | 37,649 |
| Agg. Stop Premium | | | |
| Commissions | | | |
|    Broker | | | |
|    Excess Broker | | | |
|    Aggregate Stop | | | |
| P & A Total % | | | |
| P & A Total | 21,051 | 21,050 | 21,050 |
| P & A Breakdown | | | |
|    AIG   P&A % | | | |
|    AIG   P&a | 14,041 | 14,040 | 14,040 |
|    AIGRM P&A % | | | |
|    AIGRM P&A | 7,010 | 7,010 | 7,010 |
| TBR Total % | | | |
| TBR Total | 13,911 | 13,911 | 13,911 |
| TBR Breakdown | | | |
|   State Taxes % | | | |
|   State Taxes | 9,761 | 9,761 | 9,761 |
|   Boards & Bureaus % | | | |
|   Boards & Bureaus | 1,628 | 1,628 | 1,628 |
|   Residual Market % | | | |
|   Residual Market | 2,522 | 2,522 | 2,522 |
| AIGRM Service fee | | | |
| Outside claims Exp. | 2,240 | 2,240 | 2,240 |
| AIGRM Supervision | 448 | 448 | 448 |
| AIAC Claims expense | | | |
| Total AIGRM | | | |
|  Service Fees | 2,688 | 2,688 | 2,688 |
| Loss prov./Remaining | | | |
|    Premium Base | | | |
| Claim escrow fund | 25,000 | | |
| Compensating bal. | | | |
| Cash deposit | | | |
| Demand note | 475,000 | | |
| Total Loss | | | |
|  provision/RPB | 500,000 | | |
| Total Expense Factor | 37,650 | 37,649 | 37,649 |
| Issued captive data | | | |
| Net ceded premium | | | |
| FET% | | | |
| FET(%) x Net | | | |
|    sub./taxes | | | |
| Ceded Premium | | | |
| Engineering service | | | |
| Acturial service | | | |
| Other services | | | |

| Descriptions | Payment 4 | Payment 5 | Totals |
|---|---|---|---|
| Payment Date | 03/01/89 | 10/01/889 | 05/01/89 |
| Gross Premium | 91,399 | 26,481 | 1,017,078 |
| Excess Premium | 53,750 | 26,481 | 366,481 |
| Net Sub. to Taxes | 37,649 | | 650,597 |
| Agg. Stop Premium | | | |
| Commissions | | | |
|     Broker | | | |
|     Excess Broker | | | |
|     Aggregate Stop | | | |
| P & A Total % | | | |
| P & A Total | 21,050 | | 84,201 |
| P & A Breakdown | | | |
|     AIG   P&A % | | | |
|     AIG   P&a | 14,040 | | 56,161 |
|     AIGRM P&A % | | | |
|     AIGRM P&A | 7,010 | | 28,040 |
| TBR Total % | | | |
| TBR Total | 13,911 | | 55,644 |
| TBR Breakdown | | | |
|   State Taxes % | | | |
|   State Taxes | 9,761 | | 39,044 |
|   Boards & Bureaus % | | | |
|   Boards & Bureaus | 1,628 | | 6,512 |
|   Residual Market % | | | |
|   Residual Market | 2,522 | | 10,088 |
| AIGRM Service fee | | | |
| Outside claims Exp. | 2,240 | | 8,960 |
| AIGRM Supervision | 448 | | 1,792 |
| AIAC Claims expense | | | |
| Total AIGRM | | | |
|  Service Fees | 2,688 | | 10,752 |
| Loss prov./Remaining | | | |
|     Premium Base | | | |
| Claim escrow fund | | | 25,000 |
| Compensating bal. | | | |
| Cash deposit | | | |
| Demand note | | | 475,000 |
| Total Loss | | | |
|  provision/RPB | | | 500,000 |
| Total Expense Factor | 37,649 | | 150,597 |
| Issued captive data | | | |
| Net ceded premium | | | |
| FET% | | | |
| FET(%) x Net | | | |
|    sub./taxes | | | |
| Ceded Premium | | | |
| Engineering service | | | |
| Acturial service | | | |
| Other services | | | |

09/14/89                              COMMENT REPORT

--------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

    Loss Control-Engineering THAT WAS A PART OF THE CHRONO-63,87

09/14/89                    POLICY PREMIUM REPORT

------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.              Policy Premium: 25000

    Policy Number BA 1458881
    Insured: Moorco International Inc.              Carrier: 165

    Policy From: 05/31/88        to: 05/31/89

  Date issued :            11/2    Sent to Broker :          11/2

    Audit Data:

    Auditable Frequency: A
    Audit Date: 05/31/89
    Audit Contact: Broker              Auditable Exposure:
    Contact Name:
    Contact Telephone:

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|
| 006 | 250000 | 3000000 | N | 0 | 25000 |
|  | 20000 | 645 | N | 0 |  |

```
09/14/89              STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT
```

---------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: BA 1458881

PREMIUM AMOUNT REPORT:

| State | : | Amount | State | : | Amount |
|---|---|---|---|---|---|
| Alabama | : | | Montana | : | |
| Alaska | : | | Nebraska | : | |
| Arizona | : | | Nevada | : | |
| Arkansas | : | | New Hampshire | : | |
| California | : | | New Jersey | : | 500 |
| Colorado | : | | New Mexico | : | |
| Connecticut | : | | North Carolina | : | |
| Delaware | : | | North Dekota | : | |
| District of Columbia | : | | Ohio | : | |
| Florida | : | | Oklahoma | : | |
| Georgia | : | 5,000 | Pennsylvania | : | 5,000 |
| Hawaii | : | | Rhode Island | : | |
| Idaho | : | | South Carolina | : | |
| Indiana | : | | South Dekota | : | |
| Iowa | : | | Tennessee | : | |
| Kansas | : | | Texas | : | |
| Kentucky | : | | Utah | : | |
| Louisiana | : | 10,000 | Vermont | : | |
| Maine | : | | Virginia | : | |
| Maryland | : | | Washington | : | |
| Massachusetts | : | 500 | West Virginia | : | |
| Michigan | : | | Wisconsin | : | |
| Minnesota | : | | Wyoming | : | |
| Mississippi | : | | Oregon | : | |
| Missouri | : | | | | |

| | | |
|---|---|---|
| New York (Except New York City) | : | |
| New York City | : | 4,000 |
| Chicago, Il | : | |
| Illinois (except Cook and Chicago) | : | |
| Cook County | : | |

```
09/14/89                          PUC Code Report
```

----------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: BA 1458881

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 20000 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 1073 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 3927 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:  25000

09/14/89                         POLICY PREMIUM REPORT

------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.                Policy Premium: 25000

    Policy Number BATX 1458880
    Insured: Moorco International Inc.              Carrier: 165

    Policy From: 05/31/88        to: 05/31/89

  Date issued :                       Sent to Broker :

    Audit Data:

    Auditable Frequency: A
    Audit Date: 05/31/89                    Auditable Exposure:
    Audit Contact: Broker
    Contact Name:
    Contact Telephone:

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | Aggregate Deduct lim | Amount |
|---------------|-------------------|------------------|--------------|----------------------|--------|
| 006 | 250000 | 3000000 | N | 0 | 25000 |
|     | 15000  | 326  | N | 0 |       |

09/14/89                    STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

--------------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: BATX 1458880

PREMIUM AMOUNT REPORT:


| | | | | |
|---|---|---|---|---|
| Alabama | : | Montana | : | |
| Alaska | : | Nebraska | : | |
| Arizona | : | Nevada | : | |
| Arkansas | : | New Hampshire | : | |
| California | : | New Jersey | : | |
| Colorado | : | New Mexico | : | |
| Connecticut | : | North Carolina | : | |
| Delaware | : | North Dekota | : | |
| District of Columbia | : | Ohio | : | |
| Florida | : | Oklahoma | : | |
| Georgia | : | Pennsylvania | : | |
| Hawaii | : | Rhode Island | : | |
| Idaho | : | South Carolina | : | |
| Indiana | : | South Dekota | : | |
| Iowa | : | Tennessee | : | |
| Kansas | : | Texas | : | 25,000 |
| Kentucky | : | Utah | : | |
| Louisiana | : | Vermont | : | |
| Maine | : | Virginia | : | |
| Maryland | : | Washington | : | |
| Massachusetts | : | West Virginia | : | |
| Michigan | : | Wisconsin | : | |
| Minnesota | : | Wyoming | : | |
| Mississippi | : | Oregon | : | |
| Missouri | : | | | |


New York (Except New York City)     :
New York City                        :
Chicago, Il                          :
Illinois (except Cook and Chicago)   :
Cook County                          :

09/14/89                        PUC Code Report

--------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: BATX 1458880

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 15000 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 6074 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 3926 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:  25000

09/14/89                    POLICY PREMIUM REPORT

-----------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.              Policy Premium: 441360

    Policy Number GLA 2496428
    Insured: Moorco International Inc.          Carrier: 165

    Policy From: 05/31/88      to: 05/31/89

  Date issued :                     Sent to Broker :

    Audit Data:

    Auditable Frequency: A
    Audit Date: 05/31/89
    Audit Contact: Broker              Auditable Exposure:  12381
    Contact Name:
    Contact Telephone:

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|
| 012 | 250000 | 3000000 | N | 0 | 441360 |
|  | 205000 | 0 | N  0 |  |  |
| 372 | 250000 | 3000000 | N | 3000000 | 0 |
|  | 0 | 0 | N  0 |  |  |

```
09/14/89                STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT
```

------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: GLA 2496428

PREMIUM AMOUNT REPORT:

| State | Amount | State | Amount |
|---|---|---|---|
| Alabama | : | Montana | : |
| Alaska | : | Nebraska | : |
| Arizona | : | Nevada | : |
| Arkansas | : | New Hampshire | : |
| California | : | New Jersey | : 5,000 |
| Colorado | : | New Mexico | : |
| Connecticut | : | North Carolina | : |
| Delaware | : | North Dekota | : |
| District of Columbia | : | Ohio | : |
| Florida | : | Oklahoma | : |
| Georgia | : 10,000 | Pennsylvania | : 10,000 |
| Hawaii | : | Rhode Island | : |
| Idaho | : | South Carolina | : |
| Indiana | : | South Dekota | : |
| Iowa | : | Tennessee | : |
| Kansas | : | Texas | : 395,360 |
| Kentucky | : | Utah | : |
| Louisiana | : 10,000 | Vermont | : |
| Maine | : | Virginia | : |
| Maryland | : | Washington | : |
| Massachusetts | : 1,000 | West Virginia | : |
| Michigan | : | Wisconsin | : |
| Minnesota | : | Wyoming | : |
| Mississippi | : | Oregon | : |
| Missouri | : | | |

| State | Amount |
|---|---|
| New York (Except New York City) | : |
| New York City | : 10,000 |
| Chicago, Il | : |
| Illinois (except Cook and Chicago) | : |
| Cook County | : |

09/14/89                              PUC Code Report

------------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: GLA 2496428

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 205000 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 170828 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 65532 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:   441360

09/14/89                        POLICY PREMIUM REPORT

------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.              Policy Premium: 1214

    Policy Number WC 1126184
    Insured: Moorco International Inc.              Carrier: 165

    Policy From: 05/31/88        to: 05/31/89

  Date issued :                        Sent to Broker :

    Audit Data:

    Auditable Frequency: A
    Audit Date: 05/31/89                    Auditable Exposure:      8
    Audit Contact: Broker
    Contact Name:
    Contact Telephone:

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|---|
| 014 | 250000 | 0 | | Y | 0 | 1214 |
|  | 0 | 0 | N | | 0 | |
| 114 | 250000 | 1000000 | | N | 0 | 0 |
|  | 0 | 0 | N | | 0 | |
| 212 | 250000 | 1000000 | | N | 0 | 0 |
|  | 0 | 0 | N | | 0 | |
| 214 | 250000 | 0 | | Y | 0 | 0 |
|  | 0 | 0 | N | | 0 | |

09/14/89                STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

----------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: WC 1126184

PREMIUM AMOUNT REPORT:

| State | Amount | State | Amount |
|-------|--------|-------|--------|
| Alabama | : | Montana | : |
| Alaska | : | Nebraska | : |
| Arizona | : | Nevada | : |
| Arkansas | : | New Hampshire | : |
| California | : 1,214 | New Jersey | : |
| Colorado | : | New Mexico | : |
| Connecticut | : | North Carolina | : |
| Delaware | : | North Dekota | : |
| District of Columbia | : | Ohio | : |
| Florida | : | Oklahoma | : |
| Georgia | : | Pennsylvania | : |
| Hawaii | : | Rhode Island | : |
| Idaho | : | South Carolina | : |
| Indiana | : | South Dekota | : |
| Iowa | : | Tennessee | : |
| Kansas | : | Texas | : |
| Kentucky | : | Utah | : |
| Louisiana | : | Vermont | : |
| Maine | : | Virginia | : |
| Maryland | : | Washington | : |
| Massachusetts | : | West Virginia | : |
| Michigan | : | Wisconsin | : |
| Minnesota | : | Wyoming | : |
| Mississippi | : | Oregon | : |
| Missouri | : | | |

New York (Except New York City)      :
New York City                        :
Chicago, Il                          :
Illinois (except Cook and Chicago)   :
Cook County                          :

```
09/14/89                        PUC Code Report

-------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: WC 1126184

PUC      PREMIUMS              DESCRIPTION                  COMMISSION
---      --------              -----------                  ----------
053          0     Buffer Layer                                 0
074          0     Excess - First Layer                         0
088          0     Excess - All Other                           0
213          0     Excess - Claims Made                         0
229          0     Association Excess - Claims Made             0
811          0     Aggregate Stop                               0
089       1214     Front Portion (SIR) - Note Programs          0
218          0     Front Portion - Claims Made                  0
104          0     Fees - Note Programs                         0
263          0     Captives - Individual (Non-Association)      0
582          0     Captives - Association only                  0
226          0     Captives - Claims Made                       0
228          0     Association Captives - Claims Made           0
654          0     Association - Treaty                         0
269          0     Umbrella Front                               0
286          0     D & O Front                                  0


TOTAL PREMIUM AMOUNT:   1214
```

09/14/89                         POLICY PREMIUM REPORT

------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.              Policy Premium: 498023

     Policy Number WC 1126185
     Insured: Moorco International Inc.              Carrier: 165

     Policy From: 05/31/88      to: 05/31/89

  Date issued :                      Sent to Broker :

     Audit Data:

     Auditable Frequency: A
     Audit Date: 05/31/89                     Auditable Exposure:   3678
     Audit Contact: Broker
     Contact Name:
     Contact Telephone:

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | Aggregate Deduct lim | Amount |
|---------|---------|---------|------|------|------|
| 014 | 250000 | 0 | Y | 0 | 498023 |
|  | 100000 | 27 | N | 0 | |
| 114 | 250000 | 1000000 | N | 0 | 0 |
|  | 0 | 0 | N | 0 | |
| 212 | 250000 | 1000000 | N | 0 | 0 |
|  | 0 | 0 | N | 0 | |
| 214 | 250000 | 0 | Y | 0 | 0 |
|  | 0 | 0 | N | 0 | |

09/14/89                STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

----------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: WC 1126185

PREMIUM AMOUNT REPORT:

| State | | | State | | |
|---|---|---|---|---|---|
| Alabama | : | | Montana | : | |
| Alaska | : | | Nebraska | : | |
| Arizona | : | | Nevada | : | |
| Arkansas | : | | New Hampshire | : | |
| California | : | | New Jersey | : | 891 |
| Colorado | : | | New Mexico | : | |
| Connecticut | : | | North Carolina | : | |
| Delaware | : | | North Dekota | : | |
| District of Columbia | : | | Ohio | : | |
| Florida | : | | Oklahoma | : | |
| Georgia | : | 354 | Pennsylvania | : | 235,505 |
| Hawaii | : | | Rhode Island | : | |
| Idaho | : | | South Carolina | : | |
| Indiana | : | | South Dekota | : | |
| Iowa | : | | Tennessee | : | |
| Kansas | : | | Texas | : | 34,899 |
| Kentucky | : | | Utah | : | |
| Louisiana | : | 1,349 | Vermont | : | |
| Maine | : | | Virginia | : | |
| Maryland | : | | Washington | : | |
| Massachusetts | : | 224,511 | West Virginia | : | |
| Michigan | : | | Wisconsin | : | |
| Minnesota | : | | Wyoming | : | |
| Mississippi | : | | Oregon | : | |
| Missouri | : | | | | |

| | | |
|---|---|---|
| New York (Except New York City) | : | |
| New York City | : | 514 |
| Chicago, Il | : | |
| Illinois (except Cook and Chicago) | : | |
| Cook County | : | |

09/14/89                          PUC Code Report

---------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: WC 1126185

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 100000 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 320811 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 77212 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:  498023

```
09/14/89                    POLICY PREMIUM REPORT
```
--------------------------------------------------------------------------------
```
Contract Number: 059704-03-U.S.A.              Policy Premium: 26481

     Policy Number XS 1126290
     Insured: Moorco International Inc.            Carrier: 165

     Policy From: 10/01/88      to: 10/01/89

   Date issued :                     Sent to Broker :

   Audit Data:

     Auditable Frequency: A
     Audit Date: 10/01/89
     Audit Contact: Broker                  Auditable Exposure:    504
     Contact Name:
     Contact Telephone:
```

| Coverage Code | Retention/ Excess | Limits/ Adj/unit | Stat/ Deduct | | Aggregate Deduct lim | Amount |
|---|---|---|---|---|---|---|
| 014 | 175000 | 0 | | Y | 0 | 26481 |
| | 26481 | 52 | N | | 0 | |
| 212 | 175000 | 100000 | N | | 0 | 0 |
| | 0 | 0 | N | | 0 | |

09/14/89                    STATE ASSESSMENT/TAXES & PREMIUM AMOUNT REPORT

--------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: XS 1126290

PREMIUM AMOUNT REPORT:


Alabama                  :          Montana            :
Alaska                   :          Nebraska           :
Arizona                  :          Nevada             :
Arkansas                 :          New Hampshire      :
California               :          New Jersey         :
Colorado                 :          New Mexico         :
Connecticut              :          North Carolina     :
Delaware                 :          North Dekota       :
District of Columbia     :          Ohio               :
Florida                  :          Oklahoma           :        26,481
Georgia                  :          Pennsylvania       :
Hawaii                   :          Rhode Island       :
Idaho                    :          South Carolina     :
Indiana                  :          South Dekota       :
Iowa                     :          Tennessee          :
Kansas                   :          Texas              :
Kentucky                 :          Utah               :
Louisiana                :          Vermont            :
Maine                    :          Virginia           :
Maryland                 :          Washington         :
Massachusetts            :          West Virginia      :
Michigan                 :          Wisconsin          :
Minnesota                :          Wyoming            :
Mississippi              :          Oregon             :
Missouri                 :


New York (Except New York City)    :
New York City                      :
Chicago, Il                        :
Illinois (except Cook and Chicago) :
Cook County                        :

09/14/89                          PUC Code Report

--------------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.

Policy Number: XS 1126290

| PUC | PREMIUMS | DESCRIPTION | COMMISSION |
|-----|----------|-------------|------------|
| 053 | 0 | Buffer Layer | 0 |
| 074 | 0 | Excess - First Layer | 0 |
| 088 | 26481 | Excess - All Other | 0 |
| 213 | 0 | Excess - Claims Made | 0 |
| 229 | 0 | Association Excess - Claims Made | 0 |
| 811 | 0 | Aggregate Stop | 0 |
| 089 | 0 | Front Portion (SIR) - Note Programs | 0 |
| 218 | 0 | Front Portion - Claims Made | 0 |
| 104 | 0 | Fees - Note Programs | 0 |
| 263 | 0 | Captives - Individual (Non-Association) | 0 |
| 582 | 0 | Captives - Association only | 0 |
| 226 | 0 | Captives - Claims Made | 0 |
| 228 | 0 | Association Captives - Claims Made | 0 |
| 654 | 0 | Association - Treaty | 0 |
| 269 | 0 | Umbrella Front | 0 |
| 286 | 0 | D & O Front | 0 |

TOTAL PREMIUM AMOUNT:   26481

09/14/89                          REINSURANCE REPORT

-----------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.              Policy Premium: 25000
     Policy Number BA 1458881

Limits: 1000000              In Excess of: 1750000
Layer Premium Amount : 10000
     --------------------------------------------------------------
     Reinsurer                  Broker/Direct            Percent       Ce
Number    Name              Number    Name               of Part       Nu
     --------------------------------------------------------------

          Michigan Mutual Faculatative M         B   Crump ReInc.        0
Commission Rate:  0.00000
Ceded Premium :  0.00000

          Reinsurance Corp. Of NY        B   Crump Re Inc.        0.25000
Commission Rate:  0.00000
Ceded Premium :  0.00000

          St. Paul Re.          B   Crump Re          0.50000     FC5
Commission Rate:  0.00000
Ceded Premium :  0.00000
Limits: 1750000              In Excess of: 250000
Layer Premium Amount : 10000
     --------------------------------------------------------------
     Reinsurer                  Broker/Direct            Percent       Ce
Number    Name              Number    Name               of Part       Nu
     --------------------------------------------------------------

165       NUFI                  D                      1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000

-----------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.              Policy Premium: 25000
     Policy Number BATX 1458880

Limits: 1000000              In Excess of: 1750000
Layer Premium Amount : 5000
     --------------------------------------------------------------
     Reinsurer                  Broker/Direct            Percent       Ce
Number    Name              Number    Name               of Part       Nu
     --------------------------------------------------------------

          Michigan Mutual Facultative Ma         B   Crump Re Inc        0
Commission Rate:  0.00000
Ceded Premium :  0.00000

          Reins. Corp. of NY       B   Crump Re Inc.        0.25000     C1
Commission Rate:  0.00000
Ceded Premium :  0.00000

          St. Paul Re.            B   Crump Re Inc.        0.50000     FC5

```
Commission Rate:  0.00000
Ceded Premium :  0.00000
Limits: 1750000                    In Excess of: 250000
Layer Premium Amount : 10000
```

| Reinsurer | | Broker/Direct | | Percent | Ce |
|---|---|---|---|---|---|
| Number | Name | Number | Name | of Part | Nu |

```
165      NUFI                      D                ,        1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000
```

---

```
Contract Number: 059704-03-U.S.A.            Policy Premium: 441360
     Policy Number GLA 2496428

Limits: 1000000                    In Excess of: 1750000
Layer Premium Amount : 110000
```

| Reinsurer | | Broker/Direct | | Percent | Ce |
|---|---|---|---|---|---|
| Number | Name | Number | Name | of Part | Nu |

```
        Michigan Mutual Facultative Ma      B  Crump Re Inc.        0
Commission Rate:  0.00000
Ceded Premium :  0.00000

        Reins. Corp. of NY        B  Crump Re Inc.    0.25000    C1
Commission Rate:  0.00000
Ceded Premium :  0.00000

        St. Paul Re.              B  Crump Re Inc.    0.50000    FC5
Commission Rate:  0.00000
Ceded Premium :  0.00000
Limits: 1750000                    In Excess of: 250000
Layer Premium Amount : 95000
```

| Reinsurer | | Broker/Direct | | Percent | Ce |
|---|---|---|---|---|---|
| Number | Name | Number | Name | of Part | Nu |

```
165      NUFI                      D                         1.00000
Commission Rate:  0.00000
Ceded Premium :  0.00000
```

---

```
Contract Number: 059704-03-U.S.A.            Policy Premium: 498023
     Policy Number WC 1126185

Limits: 999999999                  In Excess of: 250000
Layer Premium Amount : 100000
```

| Reinsurer | | Broker/Direct | | Percent | Ce |
|---|---|---|---|---|---|
| Number | Name | Number | Name | of Part | Nu |

```
165       NUFI                        D                              1.00000
Commission Rate:   0.00000
Ceded Premium :  0.00000

--------------------------------------------------------------------------------

Contract Number: 059704-03-U.S.A.              Policy Premium: 26481
     Policy Number XS 1126290

Limits: 999999999              In Excess of: 175000
Layer Premium Amount : 26481
     --------------------------------------------------------------------------
        Reinsurer                    Broker/Direct                 Percent      Ce
Number      Name                Number      Name                   of Part      Nu
     --------------------------------------------------------------------------

165       NUFI                        D                              1.00000
Commission Rate:   0.00000
Ceded Premium :   0.00000
```