UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE J.R. CLARKSON COMPANY LLC,

                Petitioner,

– against –

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA,

                Respondent.

**ORDER**

23-cv-10252 (ER)

Ramos, D.J.:

    For the reasons set forth on the record at the December 11, 2023 conference, the Petitioner's request for a preliminary injunction is DENIED. The case is stayed pending arbitration.

    It is SO ORDERED.

Dated:    December 11, 2023
              New York, New York

                                                  Edgardo Ramos, U.S.D.J.